IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

SUMITOMO DAINIPPON PHARMA CO., LTD.
and SUNOVION PHARMACEUTICALS INC.,

       Plaintiffs,

v.

EMCURE PHARMACEUTICALS LTD.,

       Defendant.

C.A. No. _____

## CERTIFICATION PURSUANT TO LOCAL CIVIL RULE 11.2

I, David E. De Lorenzi, admitted to the bars of the State of New Jersey and this Court, and a Director in the law firm of Gibbons P.C., representing Plaintiffs Sumitomo Dainippon Pharma Co. Ltd. and Sunovion Pharmaceuticals Inc. in the above-captioned matter, hereby certify that the matter in controversy in this action is related to the action in the District Court for the District of New Jersey, *Sumitomo Dainippon Pharma Co. v. Emcure Pharmaceuticals USA, Inc.*, before the Honorable Stanley R. Chesler, assigned Civil Action No. 2:15-cv-280 (SRC)(CLW). I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: February 13, 2018

By:  *s/* David E. De Lorenzi
David E. De Lorenzi
Charles H. Chevalier
**Gibbons P.C.**
One Gateway Center
Newark, New Jersey, 07102-5310
Phone: (973)-596-4500
ddelorenzi@gibbonslaw.com
cchevalier@gibbonslaw.com

OF COUNSEL:

Juanita R. Brooks (*Pro Hac Vice* pending)
Jonathan E. Singer (*Pro Hac Vice* pending)
W. Chad Shear (*Pro Hac Vice* pending)
Megan A. Chacon (*Pro Hac Vice* pending)
Fish & Richardson P.C.
12390 El Camino Real
San Diego, CA 92130
Phone: 858-678-5070 / Fax: 858-678-5099
Email: brooks@fr.com; singer@fr.com;
shear@fr.com; chacon@fr.com

Michael J. Kane (*Pro Hac Vice* pending)
Elizabeth M. Flanagan (*Pro Hac Vice* pending)
FISH & RICHARDSON P.C.
3200 RBC Plaza
60 South Sixth Street
Minneapolis, MN 55402
Phone: (612) 335-5070 / Fax: (612) 288-9696
kane@fr.com; betsy.flanagan@fr.com

*Attorneys for Plaintiffs SUMITOMO DAINIPPON
PHARMA CO., LTD. AND SUNOVION
PHARMACEUTICALS INC.*

2

| | |
|---|---|
| Filename: | FINAL _2018-02-13 LATUDA Local R. 11 |
| Directory: | \\gibbonslaw.local\userdata\cchevalier\documents |
| Template: | |
| | C:\Users\cchevalier\AppData\Roaming\Microsoft\Templates\Normal.dotm |
| Title: | |
| Subject: | |
| Author: | Gaddis, Christine A. |
| Keywords: | |
| Comments: | |
| Creation Date: | 2/8/2018 8:29:00 AM |
| Change Number: | 8 |
| Last Saved On: | 2/13/2018 2:57:00 PM |
| Last Saved By: | Gaddis, Christine A. |
| Total Editing Time: | 32 Minutes |
| Last Printed On: | 2/13/2018 4:23:00 PM |

As of Last Complete Printing
    Number of Pages: 2
    Number of Words:      296 (approx.)
    Number of Characters:    1,690 (approx.)